UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

                                                        11 CV 1886 (SJ) (MDG)

    -against-                                    **ORDER ADOPTING**
                                                             **REPORT AND**
                                                             **RECOMMENDATION**

MICHAEL AIELLO, LUCY AIELLO,
and NEW YORK CITY DEPARTMENT
OF FINANCE,

                Defendants.
----------------------------------------------------------X
A P P E A R A N C E S

UNITED STATES DEPARTMENT OF JUSTICE
Civil Trial Section, Northern Region
P.O. Box 55 Ben Franklin Station
Washington, DC 20044
By:    Alan Martin Shapiro
Attorneys for Plaintiff

JOHNSON, Senior District Judge:

      Presently before the Court is a Report and Recommendation ("Report") prepared by Magistrate Judge Marilyn D. Go. Judge Go issued the Report on April 15, 2013, and provided the parties with the requisite amount of time to file any objections. None of the parties filed any objections to the Report. For the reasons stated herein, this Court affirms and adopts the Report in its entirety.

      A district court judge may designate a magistrate judge to hear and determine certain motions pending before the Court and to submit to the Court

1

proposed findings of fact and a recommendation as to the disposition of the motion. See 28 U.S.C. § 636(b)(1).  Within 10 days of service of the recommendation, any party may file written objections to the magistrate's report.  See id.  Upon *de novo* review of those portions of the record to which objections were made, the district court judge may affirm or reject the recommendations.  See id.  The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the report and recommendation to which no objections are addressed.  See Thomas v. Arn, 474 U.S. 140, 150 (1985).  In addition, failure to file timely objections may waive the right to appeal this Court's Order.  See 28 U.S.C. § 636(b)(1); Small v. Sec'y of Health and Human Servs., 892 F.2d 15, 16 (2d Cir. 1989).

In this case, objections to Magistrate Judge Go's recommendations were due on May 2, 2013.  No objections to the Report were filed with this Court.  Upon review of the recommendations, this Court adopts and affirms Magistrate Judge Go's Report in its entirety.  The Clerk of the Court is directed to close the case.

SO ORDERED.

Dated: May 30, 2013            _____/s/_____
       Brooklyn, NY                Senior United States District Judge